JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAREN ANN YUZON, | Case No.: 2:24-cv-00248-SK |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 28, 2024

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

-1-